IN THE
UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NELSIS RAUL RODAS, ) <br> ) <br> JOSE RODA, A.K.A. BRANDIS SALGADO ) <br> ) <br> On behalf of themselves and others similarly-situated ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> OURISMAN CHANTILLY IMPORTS, INC., ) <br> d.b.a. OURISMAN FAIRFAX TOYOTA, ) <br> ) <br> MAC PRODUCTS & SERVICES INC., ) <br> ) <br> and ) <br> ) <br> RAYMOND N. RICHARDSON, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 1:17-cv-00215 |

## STIPULATED DISMISSAL ORDER

Come now the Parties, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate that the above-captioned matter shall be dismissed with prejudice by agreement of all Parties, and pursuant to a confidential settlement agreement entered into between the Parties without either party admitting liability or wrongdoing. This dismissal is on the merits, with Plaintiffs to bear their own costs and fees.

IT IS SO ORDERED

ENTERED THIS _____ day of July 2017.

/s/
James C. Cacheris
United States District Judge

_____
Vijay K. Mago, Esq. (VSB No. 40531)
Joan C. McKenna, Esq. (VSB No. 37812)
O'Hagan Meyer, PLLC
411 East Franklin St, Suite 500
Richmond, VA 23219
Tel: (804) 403-7106
Fax: (804) 237-0250
vmago@ohaganmeyer.com
jmckenna@ohaganmeyer.com
*Counsel for Defendant Ourisman*

_____
Thomas Hennessy (VSB # 32850)
thennessy@virginiawage.net
4015 Chain Bridge Road, Suite G
Fairfax, VA 22030
(P) 703-865-8836
(F) 703-865-7633
Counsel for Plaintiffs

_____
Andrew Cabana, Esq.
LAW OFFICE OF ANDREW CABANA PC
2121 EISENHOWER AVENUE, SUITE 200
ALEXANDRIA, VA 22314
703-518-7930 (PHONE)
Email: andrew@acabanalaw.com
Licensed in VA, MD & DC
www.acabanalaw.com
*Counsel for Defendants MAC and Richardson*

Vijay K. Mago, Esq. (VSB No. 40531)
Joan C. McKenna, Esq. (VSB No. 37812)
O'Hagan Meyer, PLLC
411 East Franklin St, Suite 500
Richmond, VA 23219
Tel: (804) 403-7106
Fax: (804) 237-0250
vmago@ohaganmeyer.com
jmckenna@ohaganmeyer.com
*Counsel for Defendant Ourisman*

Thomas Hennessy (VSB # 32850)
thennessy@virginiawage.net
4015 Chain Bridge Road, Suite G
Fairfax, VA 22030
(P) 703-865-8836
(F) 703-865-7633
Counsel for Plaintiffs

Andrew Cabana, Esq.
LAW OFFICE OF ANDREW CABANA PC
2121 EISENHOWER AVENUE, SUITE 200
ALEXANDRIA, VA 22314
703-518-7930 (PHONE)
Email: andrew@acabanalaw.com
Licensed in VA, MD & DC
www.acabanalaw.com
*Counsel for Defendants MAC and Richardson*